IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ESPINO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MIGDAL LAW GROUP, LLP; and AMERICASH LOANS, L.L.C., | ) ) ) |
| Defendants. | ) ) |

# COMPLAINT

1. Plaintiff Michael Espino brings this action to secure redress regarding unlawful collection practices engaged in by Defendants Migdal Law Group, LLP and Americash Loans, L.L.C. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA") and state law.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. §1692k(d), 28 U.S.C. §1331, 28 U.S.C. §1337 and 28 U.S.C. §1367.

3. Personal jurisdiction in Illinois is proper because Defendants are located here.

4. Venue in this District is proper because Defendants are located here.

5. The requirements of Article III are satisfied because Defendants caused Plaintiff financial loss and other harm by suing Plaintiff on a debt discharged in bankruptcy.

## PARTIES

### Plaintiff

6. Plaintiff Michael Espino ("Mr. Espino") is a natural person residing in the Northern District of Illinois.

### Defendants

7. Defendant Migdal Law Group LLP is a law firm organized as a limited liability

-1-

partnership under Illinois law. It is located at 29 E. Madison St., Ste. 1200A, Chicago, IL 60602. It also uses the address PO Box 64600, Chicago, IL 60664-0600.

8. Defendant Migdal Law Group LLP regularly collects consumer debts for others, using the mails and telephone system and Internet for that purpose.

9. Defendant Migdal Law Group LLP lists its practice areas as including creditor's rights.

10. Defendant Migdal Law Group LLP is a debt collector as defined by the FDCPA, 15 U.S.C. §1692a(6).

11. Defendant Americash Loans, L.L.C. is a Delaware limited liability company with its principal office at 2400 E. Devon Ave., Ste. 300, Des Plaines, IL 60018. Its registered agent and office is C T Corporation System, 208 S. La Salle St., Suite 814, Chicago, IL 60604.

12. Defendant Americash Loans, L.L.C. is engaged in the business of making high-interest consumer loans.

13. Defendant Americash Loans, L.L.C. holds a consumer lending license from the Illinois Department of Financial and Professional Regulation.

**FACTUAL ALLEGATIONS**

14. This action arises out of Defendants' attempts to collect a 400% loan that Mr. Espino obtained from Americash Loans, L.L.C. on August 7, 2018, for personal, family or household purposes.

15. On or about July 23, 2019, Mr. Espino filed a petition under Chapter 7 of the Bankruptcy Code, 19bk20581 (N.D.Ill.).

16. A discharge was granted on October 21, 2019.

17. Among the debts scheduled (Exhibit A) and discharged (Exhibit B) in 19bk20581 was the loan to Americash.

18. Americash was duly notified of the discharge by the Bankruptcy Court (Exhibit B) by electronic transmission to an email address that Americash had provided to the Bankruptcy Court

for that purpose.

19. Americash, as a licensee of the Illinois Department of Financial and Professional Regulation, is required to keep a file for each customer, in which such notices should be placed. Ill. Admin. Code tit. 38, § 110.10.

20. On June 28, 2022, Americash, represented by Migdal Law Group, LLC, filed a lawsuit against Michael Espino in DuPage County, Illinois (Exhibit C) to collect the discharged debt.

21. The lawsuit was filed under the name of AmericashLoans.net, which is not a legal entity but an assumed name used by Americash Loans, L.L.C.

22. As a result, Mr. Espino was required to spend time and money locating and retaining counsel and paying an appearance fee.

23. Mr. Espino also suffered aggravation and distress at being deprived of his "fresh start."

24. In addition, Americash and Migdal Law Group, LLC created a public record of a purported debt which had not been owed since 2019.

## COUNT I – FDCPA

25. Plaintiff incorporates paragraphs 1-24.

26. This claim is against Migdal Law Group, LLP.

27. Defendant violated 15 U.S.C. §1692e, 1692e(2), 1692e(5), 1692e(8), 1692e(10), 1692f and 1692f(1) by filing suit on a debt which had been discharged in bankruptcy and was not owed and creating a public record of a purported unpaid debt that was not owed.

28. Section 1692e provides:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
>
> (2) The false representation of—
>
>     (A) the character, amount, or legal status of any debt; . . .
>
> (5) The threat to take any action that cannot legally be taken or that is not intended to be

    taken. . . .

(8)     Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed. . . .

(10)     The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .

29.     Section 1692f provides:

A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(1)     The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law. . . .

WHEREFORE, the Court should enter judgment in favor of Plaintiff and against Defendant for:

    i.     Statutory damages;

    ii.     Actual damages;

    iii.     Attorney's fees, litigation expenses and costs of suit;

    iv.     Such other and further relief as the Court deems proper.

## COUNT II – ILLINOIS CONSUMER FRAUD ACT

30.     Plaintiff incorporates paragraphs 1-24.

31.     This claim is against Americash.

32.     Defendant engaged in unfair and deceptive acts and practices, in violation of 815 ILCS 505/2, by filing suit on a debt which had been discharged in bankruptcy and was not owed.

33.     Under Ill. Admin. Code tit. 38, § 110.220, Americash, as a licensee of the Illinois Department of Financial and Professional Regulation, is forbidden from engaging in the following acts:

    a.     Disclosing or threatening to disclose information adversely affecting an obligor's reputation for credit worthiness with knowledge or reason to know

        the information is false;

b.     Disclosing or threatening to disclose information relating to an obligor's indebtedness to any other person, except when the other person has a legitimate business need for the information;

c.     Disclosing or threatening to disclose information concerning the existence of a debt the licensee knows to be reasonably disputed by the obligor without disclosing the fact that the debt is disputed;

d.     Attempting or threatening to attempt enforcement of a right or remedy with knowledge or reason to know that the right or remedy does not exist;

e.     Misrepresenting the amount of the debt alleged to be owed.

34. Filing suit on a discharged debt violates all of these provisions, which establish the public policy of Illinois regarding debt collection by consumer lending licensees.

35. Defendant engaged in such conduct in the course of trade and commerce in financial services.

36. Defendant engaged in such conduct for the purpose of obtaining money from Plaintiff that Plaintiff did not owe.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and against Defendant for:

    i.     Actual damages;

    ii.     Punitive damages;

    iii.     Attorney's fees, litigation expenses and costs of suit;

    iv.     Such other and further relief as the Court deems proper.

*/s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Dulijaza (Julie) Clark

Julia Ozello
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com

T:\38989\Pleading\Complaint_Pleading.WPD